## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SANDRA BALLARD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-00008 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Sandra Ballard's Motion for Judgment on the Administrative Record (Doc. No. 12) ("Motion"), filed along with a supportive brief (Doc. No. 13), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 14). Subsequently, Magistrate Judge Bryant issued a Report and Recommendation (Doc. No. 15) ("Report") recommending that the Motion should be granted and that the Commissioner's decision should be reversed and the cause remanded for further proceedings (*id.* at 1). The Report was filed on August 2, 2011, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion, **REVERSES** the decision of the Commissioner and **REMANDS** the cause to the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this _____ 2 2 nd _____ day of August, 2011.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT